CAMERON W. FOX (SB# 218116)
cameronfox@paulhastings.com
MARYAM S. SONBOLI (SB# 333076)
maryamsonboli-dieguez@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, California  90071-2228
Telephone:  1(213) 683-6000
Facsimile:  1(213) 627-0705

Attorneys for Defendant
UNIVERSITY OF SOUTHERN CALIFORNIA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>UNIVERSITY OF SOUTHERN CALIFORNIA, a corporation;; and ROES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 2:21-CV-06544-JAK-AFMx<br><br>**DEFENDANT UNIVERSITY OF SOUTHERN CALIFORNIA'S ANSWER TO PLAINTIFF JANE DOE'S COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF AND DAMAGES**<br><br>Courtroom:   10B<br>Judge:        Hon. John A. Kronstadt<br><br>Complaint Filed:   June 22, 2021<br>Trial Date:        None Set |

TO PLAINTIFF JANE DOE AND TO HER ATTORNEY OF RECORD, SHAWNA S. NAZARI OF NAZARI LAW GROUP:

Defendant University of Southern California ("Defendant" or "USC"), for itself alone and no other defendant, hereby answers the unverified complaint ("Complaint") of Plaintiff as follows:

1.	Answering Paragraph 1, Defendant admits the allegations contained herein.

2.	Answering Paragraph 2, Defendant admits the allegations contained herein.

3.	Answering Paragraph 3, Defendant lacks information and belief sufficient to admit or deny the allegations contained therein, and on that ground denies each and every allegation.

4.	Answering Paragraph 4, Defendant lacks information and belief sufficient to admit or deny the allegations contained therein, and on that ground denies each and every allegation.

5.	Answering Paragraph 5, Defendant lacks information and belief sufficient to admit or deny the allegations contained therein, and on that ground denies each and every allegation.

6.	Answering Paragraph 6, Defendant lacks information and belief sufficient to admit or deny the allegations contained therein, and on that ground denies each and every allegation.

7.	Answering Paragraph 7, Defendant admits the allegations contained herein.

8.	Answering Paragraph 8, Defendant admits that venue is proper in this Court because USC is located in the County of Los Angeles. Except as expressly admitted, Defendant denies each and every remaining allegation contained in Paragraph 8.

9.     Answering Paragraph 9, Defendant admits the allegations contained therein.

10.     Answering Paragraph 10, Defendant denies the allegations contained therein.

11.     Answering Paragraph 11, Defendant admits that on or around March 3, 2018, Plaintiff Doe was a student at USC.  Defendant lacks information and belief sufficient to admit or deny the remaining allegations contained therein, and on that ground denies the remaining allegations.

12.     Answering Paragraph 12, Defendant admits that Plaintiff Doe and Rabinowitz were classmates.  Defendant lacks information and belief sufficient to admit or deny the allegations contained therein, and on that ground denies each and every allegation.

13.     Answering Paragraph 13, Defendant lacks information and belief sufficient to admit or deny the allegations contained therein, and on that ground denies each and every allegation.

14.     Answering Paragraph 14, Defendant lacks information and belief sufficient to admit or deny the allegations contained therein, and on that ground denies each and every allegation.

15.     Answering Paragraph 15, Defendant admits that Plaintiff requested an Avoidance of Contact Order.  Except as expressly admitted, Defendant denies each and every allegation in Paragraph 15.

16.     Answering Paragraph 16, Defendant denies the allegations contained therein.

17.     Answering Paragraph 17, Defendant admits that in April 2020, a representative from the Title IX Office contacted Plaintiff and asked Plaintiff if she wanted to proceed with an investigation.  Defendant admits that on April 16, 2020 Plaintiff expressed that she "would like to move forward with an investigation."

Except as expressly admitted, Defendant denies each and every allegation in Paragraph 17.

18.    Answering Paragraph 18, Defendant lacks information and belief sufficient to admit or deny the remaining allegations contained therein, and on that ground denies the remaining allegations.

19.    Answering Paragraph 19, Defendant admits that the Title IX Office notified Rabinowitz that the Title IX Office received a report alleging that he had violated the University Conduct Code.  Except as expressly admitted, Defendant denies each and every remaining allegation contained in Paragraph 19.

20.    Answering Paragraph 20, Defendant admits that USC held a live hearing on July 28-29, 2020.  Except as expressly admitted, Defendant denies each and every remaining allegation contained in Paragraph 20.

21.    Answering Paragraph 21, Defendant denies the allegations contained therein.

22.    Answering Paragraph 22, Defendant denies the allegations contained therein.

23.    Answering Paragraph 23, Defendant denies the allegations contained therein.

24.    Answering Paragraph 24, Defendant denies the allegations contained therein.

25.    Answering Paragraph 25, Defendant denies the allegations contained therein.

26.    Answering Paragraph 26, this paragraph recites contentions of law and/or legal citations that are not appropriately admitted or denied.

27.    Answering Paragraph 27, this paragraph recites contentions of law and/or legal citations that are not appropriately admitted or denied.

28.    Answering Paragraph 28, Defendant incorporates by reference its responses to all paragraphs of Plaintiff's Complaint in this action.

29.     Answering Paragraph 29, this paragraph recites contentions of law and/or legal citations that are not appropriately admitted or denied.

30.     Answering Paragraph 30, Defendant denies each and every allegation contained therein.

31.     Answering Paragraph 31, Defendant denies the allegations contained therein.

32.     Answering Paragraph 32, Defendant denies the allegations contained therein.

33.     Answering Paragraph 33, Defendant denies the allegations contained therein.

34.     Answering Paragraph 34, Defendant incorporates by reference its responses to all paragraphs of Plaintiff's Complaint in this action.

35.     Answering Paragraph 35, Defendant denies each and every allegation contained therein.

36.     Answering Paragraph 36, Defendant denies each and every allegation contained therein.

37.     Answering Paragraph 37, Defendant denies the allegations contained therein.

38.     Answering Paragraph 38, Defendant denies the allegations contained therein.

39.     Answering Paragraph 39, Defendant denies the allegations contained therein.

40.     Answering Paragraph 40, Defendant denies the allegations contained therein.  To the extent this paragraph contains contentions of law and/or legal citations, they are not the type of allegations that are appropriately admitted or denied.

41.     Answering Paragraph 41, Defendant denies the allegations contained therein.

Defendant further denies, generally and specifically, that Plaintiff is entitled to the relief requested, or that Plaintiff has been or will be damaged in any sum, or at all, by reason of any act or omission on the part of Defendant, or any of its past or present agents, representatives, or employees.

Without admitting any facts alleged by Plaintiff, Defendant also pleads the following separate and affirmative defenses to the Complaint:

## AFFIRMATIVE DEFENSES

### FIRST SEPARATE AND AFFIRMATIVE DEFENSE

1.      The Complaint, and each of its causes of action, fails to state facts sufficient to constitute a cause of action under (1) 20 U.S.C. §§ 1681 – 1688, or (2) a cause of action for negligent hiring, training, and retention, or otherwise.

### SECOND SEPARATE AND AFFIRMATIVE DEFENSE

2.      The Complaint, and each of its causes of action, is time-barred by the applicable statutes of limitations.

### THIRD SEPARATE AND AFFIRMATIVE DEFENSE

3.      The Complaint, and each of its causes of action, is barred by the doctrine of laches.

### FOURTH SEPARATE AND AFFIRMATIVE DEFENSE

4.      Plaintiff has failed to mitigate or make reasonable efforts to mitigate her alleged damages, and Plaintiff's recovery of damages, if any, must be barred or reduced accordingly.

WHEREFORE, Defendant prays for judgment as follows:

    1.     That Plaintiff take nothing by reason of her Complaint;

    2.     That the Complaint be dismissed in its entirety with prejudice;

    3.     That judgment be entered for Defendant against Plaintiff;

    4.     That Defendant be awarded its reasonable costs and attorneys' fees; and

    5.     That Defendant be awarded such other and further relief as the Court deems just and proper.

DATED:  August, 20, 2021          PAUL HASTINGS LLP
                                        CAMERON W. FOX
                                        MARYAM S. SONBOLI


                                        By:   /s/ Cameron W. Fox
                                            CAMERON W. FOX

                                        Attorneys for Defendant
                                        UNIVERSITY OF SOUTHERN
                                        CALIFORNIA